1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  MICHAEL P. FARRELL
   Senior Assistant Attorney General
4  BRIAN G. SMILEY
   Supervising Deputy Attorney General
5  DAVID ANDREW ELDRIDGE
   State Bar No. 172100
6  Deputy Attorney General
    1300 I Street, Suite 125
7   P.O. Box 944255
    Sacramento, CA 94244-2550
8   Telephone:  (916) 324-6291
    Fax:  (916) 324-2960
9   Email:  David.Eldridge@doj.ca.gov

10 Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIFFANY NICOLE TILLEY** | 1:08-cv-01135-OWW-TAG |
| Petitioner, | **ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONSE IN PRO PER CASE** |
| v. | |
| **TINA HORNBEAK, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the Respondent's response to the Petition for Writ of Habeas Corpus shall be filed on or before February 19, 2009.

IT IS SO ORDERED.

Dated:  **January 7, 2009**                             /s/ Theresa A. Goldner
                                                        UNITED STATES MAGISTRATE JUDGE

Order Granting Application for Enlargement of Time to File Response in Pro Per Case